UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: )
)
REQUEST FOR JUDICIAL )
ASSISTANCE FROM THE )
UNITED STATES DISTRICT COURT )
IN CINCINNATI, OHIO, U.S.A. )
IN THE MATTER OF ) Misc. No. 1:18mc6
FAUSTO EDUARDO AGUIAR FALCONI )
V. DAYID AGUIAR VALLEJO, ET, AL. )
)
)

## *EX PARTE* ORDER

WHEREAS, the United States, by its counsel, Benjamin C. Glassman, United States Attorney for the Southern District of Ohio, by Nicholas J. Pantel, Assistant United States Attorney for the Southern District of Ohio, on behalf of the United States District Court in Cincinnati, Ohio, in Fausto Eduardo Aguiar Falconi v. David Aguiar Vallejo, et al., Civil Case No. 17203201607194, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Procter & Gamble Company, for use in connection with a judicial proceeding in the Ecuadorian Court in Ecuador; and

WHEREAS upon review of the request issued by the Ecuadorian Court in Ecuador: in Fausto Eduardo Aguiar Falconi v. David Aguiar Vallejo, et al., seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Ecuador, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules

of Civil Procedure that Nicholas J. Pantel, Assistant United States Attorney for the Southern District of Ohio, hereby is appointed as Commissioner of this Court, to obtain by subpoena the requested evidence from Procter & Gamble Company for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the to the U.S. Department of State to be sent back to the Ecuadorian Court through diplomatic channels: in Fausto Eduardo Aguiar Falconi v. David Aguiar Vallejo, et al.; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Procter & Gamble Company, Cincinnati, Ohio, with a copy of this Order and the accompanying documents.

This the 16 day of April, 2018.

Karen L. Litkovitz
UNITED STATES MAGISTRATE JUDGE